IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JOHN WILLIAM MUNSON,**

    Petitioner,

vs.                                                                     Case No. 4:11cv407-SPM/WCS

**UNITED STATES,**

    Respondent.

_____/


## REPORT AND RECOMMENDATION

Petitioner initiated this case on August 19, 2011, by filing an *in forma pauperis* motion, doc. 2, and a document entitled "motion for emergency relief or other appropiate [sic] relief all writ act." Doc. 1. The *in forma pauperis* motion, doc. 2, was granted in a separate order entered this day.

The motion for emergency relief, doc. 1, is construed as a habeas petition under § 2241. Several days later, Petitioner also submitted a document which he titled "complaint." Doc. 3. This document is construed as a supplement to the petition.

Petitioner states that he has been harassed by "allegations of misconduct" by unnamed federal employees. Doc. 1. Petitioner contends his United States mail does

not reach the intended recipient, such as Senator Bill Nelson, and contends there has been a campaign to financial ruin him.  Petitioner indicates he is "somewhat ill" and needs "medical treatment not available in this country, and seeks some financial [sic] and transportation to a country where such 8th amendant [sic] treatment is not allowed, such as Switzerland . . . ."  Petitioner seeks an immediate hearing "and issuance of travel documents and transportation to the City of Bern in the Swiss Federation for medical treatment and possible asylum."  *Id.*  In the supplement, doc. 3, Petitioner makes assertions which are removed from reality.

To be entitled to a writ under 28 U.S.C. § 2241, a petitioner must be in custody of the United States.  Petitioner is not in custody, but a free citizen.  Judicial notice is taken that Petitioner has previously been under supervised release for many years, but on October 21, 2010, his supervised release was terminated.  Doc. 191, case number 5:87cr5023.  Petitioner may obtain a passport and travel as he is able to do so, but the United States has no obligation to pay for or provide Petitioner transportation to another country.  This petition, doc. 1, should be summarily dismissed.

Accordingly, it is **RECOMMENDED** that Petitioner's motion for emergency relief, doc. 1, construed as a petition for writ of habeas corpus under 28 U.S.C. § 2241, doc. 1, be summarily **DISMISSED**.

**IN CHAMBERS** at Tallahassee, Florida, on August 30, 2011.

S/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:11cv407-SPM/WCS