IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN WILLIAM MUNSON,

    Petitioner,

v.                                  CASE NO.  4:11cv407-SPM/WCS

UNITED STATES,

    Respondent.

_____/

## ORDER

THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 6).  Petitioner has been furnished a copy and has filed objections (doc. 7) pursuant to Title 28, United States Code, Section 636(b)(1).

Despite the objections, I have determined that the report and recommendation and order are correct and should be adopted.  Accordingly, it is

ORDERED AND ADJUDGED:

1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.    Petitioner's motion for emergency relief (doc. 1) construed as a

petition for writ of habeas corpus under 28 U.S.C. § 2241 is summarily dismissed.

DONE AND ORDERED this 11th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.  4:11cv407-SPMWCS